NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1511, -1512, -1513, -1514, -1595

THERASENSE, INC. (now known as Abbott Diabetes Care, Inc.)
and ABBOTT LABORATORIES,

Plaintiffs-Appellants,

v.

BECTON, DICKINSON AND COMPANY,
and NOVA BIOMEDICAL CORPORATION,

Defendants-Appellees,

and

BAYER HEALTHCARE LLC,

Defendant-Appellee.

Appeals from the United States District Court for the Northern District of California in consolidated case nos. 04-CV-2123, 04-CV-3327, 04-CV-3732, and 05-CV-3117, Judge William H. Alsup.

- - - - - - - - - - - - - - - - - - - - -

2009-1374

TIVO INC.,

Plaintiff-Appellee,

v.

ECHOSTAR CORPORATION,
ECHOSTAR DBS CORPORATION,
ECHOSTAR TECHNOLOGIES CORPORATION,
ECHOSPHERE LIMITED LIABILITY COMPANY,
ECHOSTAR SATELLITE LLC,
and DISH NETWORK CORPORATION,

Defendants-Appellants.

Appeal from the United States District Court for the Eastern District of Texas in case no. 2:04-CV-01, Judge David Folsom.

ON MOTION

O R D E R

Oral arguments en banc for the above-noted appeals are scheduled for Tuesday, November 9, 2010, in courtroom 201. Appeal No. 2008-1511, Therasense, et al. v. Becton Dickinson and Company, et al., will be argued at 10 a.m. Appeal No. 2009-1374, Tivo, Inc. v. Echostar Corporation, et al., will be argued at 11 a.m. Counsel for each side for each appeal will be allowed 30 minutes to argue. Counsel for each party shall notify the clerk in writing by August 16, 2010, of the name of the attorney who will argue for that party.

FOR THE COURT


June 3, 2010                                          /s/ Jan Horbaly
    Date                                             Jan Horbaly
                                                     Clerk

  cc: Rohit Kumar Singla
      Rachel Krevans
      Bradford J. Badke
      Seth P. Waxman
      E. Joshua Rosenkranz
      All amicus curiae counsel

2008-1511, -1512, -1513,-1514,-1595
2009-1374                                      - 2 -